IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

SUSAN E. ARNOLD,
Plaintiff,

v.

Case No. 19–CV–00343–JPG–GCS

ANDREW M. SAUL,
Commissioner of Social Security,
Defendant.

## JUDGMENT

This matter having come before the Court,

**IT IS HEREBY ORDERED AND ADJUDGED** that the Social Security Administration's benefits decision is **REVERSED**.

**Dated: Monday, May 11, 2020**           **MARGARET M. ROBERTIE**
                                          **CLERK OF COURT**

                                          **s/Tina Gray, Deputy Clerk**

**Approved by: s/J. Phil Gilbert**
              **J. PHIL GILBERT**
              **UNITED STATES DISTRICT JUDGE**