UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF ILLINOIS

| | |
|---|---|
| SUSAN E. ARNOLD, )<br>)<br>Plaintiff, )<br>)<br>vs. )<br>)<br>COMMISSIONER of SOCIAL SECURITY, )<br>)<br>Defendant. ) | Cause No.  3:19-cv-00343-JPG-GCS |

### ORDER for ATTORNEY'S FEES

SISON, Magistrate Judge:

This matter is before the Court on the parties' Joint Motion to Award Attorney Fees and Costs.  (Doc. 30).

The parties agree that Plaintiff is entitled to attorney fees and expenses in the amount of $7,768.67.

The Court finds that Plaintiff is the prevailing party and is entitled to an award of attorney's fees pursuant to the Equal Access to Justice Act ("EAJA"), 28 U.S.C. §2412(d)(1)(B).  The Court further finds that the agreed upon amount is reasonable and appropriate.  This award shall fully and completely satisfy any and all claims for fees and expenses that may have been payable to Plaintiff in this matter pursuant to the EAJA.  Per the parties' agreement, this motion does not include Plaintiff's costs and Plaintiff may file a separate bill of costs.

The parties' Joint Motion **(Doc. 30)** is **GRANTED**. The Court awards Plaintiff attorney's fees and expenses in the amount of $7,768.67 (seven thousand, seven hundred sixty-eight dollars and sixty-seven cents).

The amount awarded is payable to Plaintiff and is subject to set-off for any debt owed by Plaintiff to the United States. *See Astrue v. Ratliff*, 560 U.S. 586, 594 (2010). *See also Harrington v. Berryhill*, 906 F.3d 561, 566 (7th Cir. 2018)(holding "that a reduction of a litigant's prior debts to the government by administrative offset constitutes payment to the prevailing party under [the] EAJA."). However, any part of the award that is not subject to set-off to pay Plaintiff's pre-existing debt to the United States shall be made payable to Plaintiff's attorney pursuant to the EAJA assignment executed by Plaintiff.

**IT IS SO ORDERED.**

DATE:   August 21, 2020.

Digitally signed by Magistrate Judge Gilbert C. Sison
Date: 2020.08.21 13:25:35 -05'00'

**GILBERT C. SISON**
**United States Magistrate Judge**